**UNITED STATES of America, Plaintiff–Appellee,**

**v.**

**Anthony K. ROUSE, Defendant–Appellant.**

**No. 09–7745.**

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 15, 2009.

Decided: Dec. 21, 2009.

Anthony K. Rouse, Appellant Pro Se. Nancy Spodick Healey, Assistant United States Attorney, Charlottesville, Virginia, for Appellee.

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony K. Rouse appeals the district court's order denying his motion to modify his sentence pursuant to 18 U.S.C.A. § 3582(c)(2) (West 2000 & Supp.2009). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Rouse,* No. 3:01–cr–00015–jpj–2 (W.D.Va. Sept. 4, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*